JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA WARNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. and DOES 1 THROUGH 100; And ROE CORPORATIONS 101 through 200,<br><br>　　　　Defendant. | CASE NO.: 2:18-cv-00701-JCM-VCF<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and RYAN M. KERBOW, ESQ. of the law firm BERNSTEIN & POISSON, counsel for Plaintiff BARBARA WARNER as follows:

　　　　1.　　Plaintiff BARBARA WARNER'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 4822518.1

2. That any and all deadlines or scheduled matters pending before this Court be vacated.

Respectfully submitted this \_\_\_4th\_\_\_ day of ~~February~~ March, 2019.

| BERNSTEIN & POISSON | COOPER LEVENSON, P.A. |
|---|---|
| RYAN M. KERBOW, ESQ.<br>Nevada Bar No. 011403<br>320 South Jones Boulevard<br>Las Vegas, NV 89107<br>(702) 256-4566<br>Attorneys for Plaintiff<br>BARBARA WARNER | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: March 7, 2019

CLAC 4822518.1

2